**Abdus–Sabur Ibn QUEEN, a/k/a Samuel R. Queen, Jr., Petitioner—Appellant,**

v.

**James N. CROSS, Respondent—Appellee.**

**No. 11–6010.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 23, 2011.

Abdus–Sabur Ibn Queen, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdus–Sabur Ibn Queen, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Queen v. Cross,* No. 2:09– cv–00095–JPB–DJJ, 2010 WL 2196558 (N.D.W.Va. May 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*